627 A.2d 1127

IN THE MATTER OF OPINION # 608 OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

March 9, 1993.

ORDER

This matter having been remanded to a Special Master by Order of the Court filed April 15, 1992, and the Master having duly filed the record and his report with the Court;

And the Legislature having subsequently amended *N.J.S.A.* 46:10A-6 (L.1993, c. 33);

And the Court having referred the report of the Special Master and the legislation to the Advisory Committee on Professional Ethics to determine whether any modification of Opinion # 608 was required;

And the Advisory Committee on Professional Ethics having concluded that L.1993, c. 33 has superseded Opinion # 608 and its Supplement and that a Notice to the Bar so indicating should be authorized by the Court and published in due course;

And good cause appearing;

It is ORDERED that the Advisory Committee on Professional Ethics is hereby authorized to prepare and publish a Notice to the Bar stating that Opinion # 608 and the Supplement to Opinion # 608 have been superseded by L.1993, c. 33; and it is further

ORDERED that in light of the foregoing, the within appeals are dismissed as moot. No costs to any party.